**Order entered January 18, 2023**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-22-00695-CR

**DARIOUS DANTREL LEWIS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. F20-75804-H**

### ORDER

The clerk's record in this case is incomplete in that it does not contain the court's docket sheet as required by TEX. R. APP. P. 34.5(a)(3) and as requested by appellant. Accordingly, we **ORDER** the Dallas County District Clerk to file a supplemental clerk's record containing the court's docket sheet. The supplemental record shall be filed by **JANUARY 31, 2023**.

The reporter's record is overdue. The reporter's record was due November 15, 2022. The Court has granted Court Reporter Cheryl A. Dixon three extensions

to file the reporter's record. On November 15, 2022, Ms. Dixon requested a fourteen-day extension; we granted the extension and ordered the reporter's record filed by November 29, 2022. On December 5, 2022, Ms. Dixon filed her "second and final" request for an extension of eleven days; we granted the extension and ordered the reporter's record filed by December 16, 2022. On December 19, 2022, Ms. Dixon filed her third request for an extension, stating she needed fifteen days to complete the record. We granted the extension and ordered the reporter's record filed by January 12, 2023. As of the date of this order, the reporter's record has not been filed. Accordingly, we **ORDER** Cheryl A. Dixon to file the reporter's record no later than **FEBRUARY 16, 2023**.

We expressly **CAUTION** Ms. Dixon that failure to comply with this order **WILL** result in the Court taking such action as is necessary to have Ms. Dixon comply with the Court's orders, including an order that she is not to sit as a court reporter until she complies.

We **DIRECT** the clerk to send a copy of this order to the Honorable Tina Yoo Clinton, Criminal District Court No. 1; Felicia Pitre, Dallas County Clerk; Cheryl A. Dixon, Court Reporter; and to counsel for all parties.

/s/ ERIN A. NOWELL
JUSTICE